**JOHN DOUGLAS BARR**............... California State Bar No. 40663
**TROY DOUGLAS MUDFORD**..... California State Bar No. 156392
**DAVID LEE CASE** ......................... California State Bar No. 56701
**ESTEE LEWIS**..................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Defendants, TATE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAETORIAN INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>A R BUSINESS GROUP, INC. dba U S TIRE & WHEEL; MARSHAUN TATE; SHAUN TATE by and through his guardian ad litem, KENNETH TATE; ELISEO QUINTERO, SR.; AIDA QUINTERO; FORD MOTOR COMPANY; BRIDGESTONE AMERICAS, ICN.,<br><br>Defendants. | No.  2:13-CV-02639-MCE-EFB<br><br>**STIPULATION AND ORDER TO EXTEND THE DISCOVERY CUT OFF DATE AND EXPERT DISCLOSURE DATE**<br><br>Trial Date: February 26, 2016 |

**THE PARTIES HERETO**, by and through their respective counsel, stipulate as follows:

1. The discovery cut off date currently set for April 24, 2015 should be extended until July 20, 2015.

2. The expert witness disclosure date currently set for June 26, 2015 should be extended until August 14, 2015.

3. The parties have conducted written discovery in this case and are now in the process of setting numerous depositions. It will be difficult to coordinate deposition dates in this case since there are five law firms involved in this litigation. The parties agree that a short extension of the discovery cutoff in this date is needed so that all depositions can occur before discovery closes.

DATED: March 19, 2015   BARR & MUDFORD

/s/ John Douglas Barr
JOHN DOUGLAS BARR
Attorney for Defendants TATE

DATED: March 19, 2015   SELVIN, WRAITH, HALMAN LLP

/s/ Robin D. Korte
ROBIN D. KORTE
Attorney for Plaintiff, Praetorian Insurance Company

DATED: March 19, 2015   JAMES J. KAUFMAN, A Professional Corporation

/s/ James J. Kaufman
JAMES J. KAUFMAN
Attorney for Defendants AR BUSINESS GROUP, INC., dba US TIRE & WHEEL

DATED: March 19, 2015   LARSON, GARRICK & LIGHTFOOT, LLP

/s/ Mary P. Lightfoot
ARNOLD D. LARSON
MARY P. LIGHTFOOT
Attorneys for Defendant/Cross-Defendant, BRIDGESTONE AMERICAS, INC.

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390

Page 2
**Stipulation and [Proposed] Order – Extend Discovery and Expert Witness Disclosure**

DATED: March 19, 2015                                 ROSENTHAL LAW

                                                                   /s/  S. David Rosenthal
                                                              S. DAVID ROSENTHAL
                                                              Attorney for Plaintiffs, ELISEO QUINTERO,
                                                              And AIDA QUINTERO

**IT IS SO ORDERED:**

The discovery cut off is extended from April 24, 2015 to July 20, 2015, and the expert witness disclosure is extended from June 26, 2015 to August 14, 2015.  All other dates set forth in the Court's Pretrial Scheduling Order filed September 11, 2014 remain unchanged.

**Dated:  March 27, 2015**

                                                   MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                   UNITED STATES DISTRICT COURT

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390

Page 3
**Stipulation and [Proposed] Order − Extend Discovery and Expert Witness Disclosure**