**JOHN DOUGLAS BARR** .............. California State Bar No. 40663
**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**................................California State Bar No. 268358
**CATHLEEN THERESA BARR** .....California State Bar No. 295538
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008   Facsimile:  (530) 243-1648

Attorneys for Defendants, TATE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAETORIAN INSURANCE COMPANY,<br><br>  Plaintiffs,<br><br>vs.<br><br>A R BUSINESS GROUP, INC. dba U S TIRE & WHEEL; MARSHAUN TATE; SHAUN TATE by and through his guardian ad litem, KENNETH TATE; ELISEO QUINTERO, SR.; AIDA QUINTERO; FORD MOTOR COMPANY; BRIDGESTONE AMERICAS, INC.,<br><br>  Defendants. | No.  2:13-cv-02639-MCE-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL AND EXTEND THE DISCOVERY CUT OFF AND EXPERT DISCLOSURE DATES**<br><br>Trial Date: July 22, 2016 |

**THE PARTIES HERETO**, by and through their respective counsel, stipulate as follows:

WHEREAS on March 31, 2015, defendant AR Business Group, Inc. dba U.S. Tire & Wheel filed a Voluntary Petition in the United States Bankruptcy Court for the Eastern District of California, bankruptcy petition #15-22566;

WHEREAS the bankruptcy action resulted in an automatic bankruptcy stay pursuant to 11 U.S.C. section 362(a), thereby preventing the parties from proceeding with nine depositions that had been set by defendants Tate and Quintero, completing discovery, and from preparing and designating experts;

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1
**Stipulation and [Proposed] Order – Continue Trial, Extend Discovery / Expert Wit. Disclosure**

WHEREAS on April 20, 2015, the bankruptcy was dismissed for failure to timely file documents;

WHEREAS, on April 28, 2015, AR Business Group filed a Motion for Reconsideration of the bankruptcy dismissal, which was denied on May 18, 2015, as the Court deemed it "unduly confusing" to vacate the dismissal as notice had already been sent to the creditors, and that the proper course of action would be for AR Business Group to re-file the bankruptcy action;

WHEREAS on July 14, 2015, AR Business Group, re-filed the Voluntary Petition in the United States Bankruptcy Court for the Eastern District of California, bankruptcy petition #15-25526-D-7, which has resulted in a further automatic stay of proceedings;

WHEREAS the Tate's and Quintero's filed a Motion for Relief of the Automatic Bankruptcy Stay, which was recently granted on November 25, 2015;

WHEREAS the parties have been unable to conduct discovery in this matter due to AR Business Group filing for bankruptcy and the cases being automatically stayed based on the bankruptcy;

WHEREAS the current discovery cutoff date is December 18, 2015; the expert witness disclosure is due on January 22, 2016; the last day to hear dispositive motions is March 25, 2016; the Final Pre-trial Conference is June 16, 2016; and the Trial is set to begin on July 22, 2016;

WHEREAS the parties agree that a further extension is necessary in this case to allow the parties to complete discovery, prepare and designate experts; and allow the parties to prepare and respond to dispositive motions.

**THEREFORE, the parties hereby stipulate, by and through their respective counsel, that**:

1. The discovery cut off date currently set for December 18, 2015, should be extended until April 15, 2016;

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Page 2
**Stipulation and [Proposed] Order – Continue Trial, Extend Discovery / Expert Wit. Disclosure**

2. The expert witness disclosure date currently set for January 22, 2016, should be extended until May 20, 2016;

3. The last day to hear dispositive motions currently set for March 25, 2016, should be extended until July 29, 2016;

4. The Final Pretrial Conference currently set for June 16, 2016, should be continued until September 22, 2016;

5. The trial currently set for July 22, 2016, should be continued until October 21, 2016.

DATED: December 7, 2015        BARR & MUDFORD

  /s/  John Douglas Barr
JOHN DOUGLAS BARR
Attorney for Defendants TATE

DATED: December 7, 2015        SELVIN, WRAITH, HALMAN LLP

  /s/  Gary Selvin
GARY SELVIN
Attorney for Plaintiff, Praetorian Insurance Co.

DATED: December 7, 2015        JAMES J. KAUFMAN, A Professional Corp.

  /s/  James J. Kaufman
JAMES J. KAUFMAN
Attorney for Defendants AR BUSINESS GROUP, INC., dba US TIRE & WHEEL

DATED: December 7, 2015        LARSON, GARRICK & LIGHTFOOT, LLP

  /s/  Mary P. Lightfoot
ARNOLD D. LARSON
MARY P. LIGHTFOOT
Attorneys for Defendant/Cross-Defendant, BRIDGESTONE AMERICAS, INC.

DATED: December 7, 2015        ROSENTHAL LAW

  /s/  S. David Rosenthal
S. DAVID ROSENTHAL
Attorney for Plaintiffs, ELISEO QUINTERO, and AIDA QUINTERO

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 3
**Stipulation and [Proposed] Order – Continue Trial, Extend Discovery / Expert Wit. Disclosure**

| | |
|---|---|
| Dated: December 7, 2015 | MURCHISON & CUMMING, LLP |
| | /s/ Tina H. Vo |
| | RICHARD C. MORENO |
| | TINA H. VO |
| | Attorneys for Defendant/Cross-Complainant, |
| | U.S. TIRE & WHEEL |

**ORDER**

In accordance with the foregoing stipulation, and subject to the modified trial date as set forth below,

1. The discovery cut off date currently set for December 18, 2015, is extended until April 15, 2016;

2. The expert witness disclosure date currently set for January 22, 2016, is extended until May 20, 2016;

3. The last day to hear dispositive motions currently set for March 25, 2016, is extended until July 29, 2016;

4. The Final Pretrial Conference currently set for June 16, 2016, is continued until September 22, 2016;

5. The Bench Trial currently set for July 22, 2016, is continued until **October 28, 2016** (the October 21, 2016 date requested above is not an available date on the Court's calendar).

IT IS SO ORDERED.

Dated:   December 22, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**Stipulation and [Proposed] Order − Continue Trial, Extend Discovery / Expert Wit. Disclosure**