Gary R. Selvin, State Bar No. 112030
Robin D. Korte, State Bar No. 182553
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:  gselvin@selvinwraith.com
             rkorte@selvinwraith.com

Attorneys for Plaintiff
PRAETORIAN INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| PRAETORIAN INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A R BUSINESS GROUP, INC. dba U S TIRE & WHEEL; MARSHAUN TATE; S. T., by and through his guardian ad litem, KENNETH TATE; ELISEO QUINTERO, SR.; AIDA QUINTERO; FORD MOTOR COMPANY; BRIDGESTONE AMERICAS, INC.,<br><br>　　　　Defendants. | CASE NO.: 2:13-cv-02639-MCE-EFB<br><br>**ORDER CONTINUING HEARING ON MOTIONS FOR SUMMARY JUDGMENT TO NOVEMBER 3, 2016**<br><br>Complaint Filed:  December 20, 2013<br>Trial Date: January 9, 2017 |

　　　In accordance with the parties' joint stipulation, the hearing on the motions for summary judgment continued by the Court to October 20, 2016 is continued to November 3, 2016 at 2:00 p.m. before Judge England in Courtroom 7, 14th Floor.

　　　**IT IS SO ORDERED.**

Dated:  August 19, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE