UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAETORIAN INSURANCE CO., <br><br>  Plaintiff, <br><br>  v. <br><br> A R BUSINESS GROUP, INC., d/b/a US TIRE & WHEEL; MARSHAUN TATE; S.T., by and through his guardian ad litem, KENNETH TATE; ELISEO QUINTERO, SR.; AIDA QUINTERO; FORD MOTOR COMPANY; BRIDGESTONE AMERICAS, INC., <br><br>  Defendants. | No.  2:13-cv-02639-MCE-EFB <br><br> **ORDER** |

On February 13, 2017, Defendants filed a Notice of Appeal.  ECF No. 66.  That noticed identified a minor Defendant by name.  Realizing their error, Defendants filed a Proposed Order to seal the Notice of Appeal, ECF No. 67, and a redacted version of the Notice of Appeal, ECF No. 68, on February 16, 2017.

The proper procedure is not to place the unredacted version under seal, but to strike it from the record.  See CBS, Inc. v. United States Dist. Court, 765 F.2d 823, 825–26 (9th Cir. 1985) (concluding that an "improvidently filed" document "should be removed from the record").  Under Local Rule 140(a)(i), the minors' names should have been redacted from the document, and thus the unredacted notice was improvidently filed.

1

Accordingly, it is hereby ORDERED that the Clerk of the Court shall permanently remove and delete the unredacted version of Plaintiffs' Notice of Appeal. ECF No. 66.

IT IS SO ORDERED.

Dated: February 21, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE